# Exhibit D

HERBSMAN HAFER WEBER & FRISCH, LLP
ATTORNEYS AT LAW
494 EIGHTH AVENUE, SIXTH FLOOR
NEW YORK, NEW YORK 10001

JONAS E. HERBSMAN
J. JEFFREY HAFER
DOROTHY M. WEBER
MICHAEL B. FRISCH

RAKHIL KALANTAROVA

JAMES E. DOHERTY
OF COUNSEL

TELEPHONE (212) 245-4580
TELECOPIER (212) 956-6471

WRITER'S E-MAIL:
dorothy@musiclaw.com

June 10, 2026

**Via E-Mail:**

info@cardsmiths.com
help@toynk.com
legal@gamestop.com

Steve Loney, CEO
Toynk Toys, L.L.C.
205 Burnet Drive
Gilberts, IL 60136

Re: Mantle Trademark

Dear Mr. Loney:

We are the attorneys for Mantle I.P. Holdings, Ltd., successor in interest to the rights of the Estate of Mickey Mantle ("Mantle"). Our client is the owner of multiple Mickey Mantle trademarks, including federal trademark registrations, in and to the marks "Mickey Mantle" and "The Mick", which also include the trademark Mickey Mantle signature (the "Trademarks"). Our client's registrations constitute *prima facie* evidence of the validity of their Marks, of their ownership of the Marks, and our client's exclusive right to use the Marks in connection with the goods and services. Such Marks are also incontestable.

Please also be advised, that the late Mickey Mantle's name, image and likeness are protected under Texas statute Tex. Prop. Code Ann. §§ 26.001-26.015 and multiple other states statutes, which prevent the unauthorized use of Mickey Mantle's name, image, and likeness (jointly the "Mantle IP").

For decades, Mantle has designed, marketed, and distributed a wide variety of high-quality merchandise and other licensed uses utilizing the Mantle IP. Mantle

has also expended significant resources marketing, promoting, and offering for sale its licensed products. As a result, Mantle owns significant rights and goodwill in connection with their licensing and marketing of the Mantle IP. The Marks are famous and widely recognized by the general consuming public in the United States and around the world.

You are hereby directed to immediately cease and desist from any and all uses, reproductions, or displays of the Mantle IP located at:

- https://cardsmiths.com/products/currency-series-5-trading-card-pack-collector-box-2-packs?pr_prod_strat=jac&pr_rec_id=a44cba0a3&pr_rec_pid=8864173129978&pr_ref_pid=8864173228282&pr_seq=uniform
- https://cardsmiths.com/products/currency-series-5-trading-card-pack-collector-box-inner-carton-12-boxes?pr_prod_strat=e5_desc&pr_rec_id=fb56cf0ec&pr_rec_pid=8864173162746&pr_ref_pid=8864173129978&pr_seq=uniform
- https://cardsmiths.com/products/currency-series-5-trading-card-pack-mega-box-8-packs?_pos=1&_fid=46a49eeed&_ss=c
- https://cardsmiths.com/products/currency-series-5-trading-card-pack-mega-box-inner-carton-6-mega-boxes?pr_prod_strat=jac&pr_rec_id=94e3986eb&pr_rec_pid=8864173195514&pr_ref_pid=8864173162746&pr_seq=uniform
- https://cardsmiths.com/products/currency-series-5-trading-card-pack-collector-box-master-case-48-boxes
- https://cardsmiths.com/products/currency-series-5-trading-card-pack-mega-box-master-case-24-mega-boxes?pr_prod_strat=e5_desc&pr_rec_id=8139f676d&pr_rec_pid=8864173097210&pr_ref_pid=8864173064442&pr_seq=uniform

These unauthorized uses constitute an invasion of privacy, false light, and misappropriation of our client's right of publicity as well as a willful trademark infringement. These uses also violate *droit moral* rights.

Predatory intent and willful infringement by you is clear since your use of Mantle's image suggests that you have been sponsored by, approved, or licensed by Mantle. The materials also infringe the right of third parties for the express purpose of falsely having a consumer believe that your product is authorized.

Demand is also made that you immediately cease all advertising, promoting, and use of Mickey Mantle's image on your social media or anywhere and any and all other uses of which we are currently unaware of and a full disclosure of any other uses you have made of any Mantle Intellectual Property.

We hereby demand a full accounting of all uses you have made of any Mantle Intellectual Property, and a disgorgement of all monies generated by your infringing uses.

This letter constitutes a formal litigation hold notice as a potential party to litigation. Demand is hereby made that you, as well as any of your subsidiaries, divisions, agents, and employees, preserve any electronically stored materials. This material must be preserved for the duration of this matter, until further written notice is provided by a Court, or until we agree that you may dispose of the material.

We reserve any and all rights in connection with all potential claims (and the attendant damages and attorney fees) which would be asserted by our client against you, and anyone else acting in the chain of infringement. This letter is a demand for potential settlement communication. It should not be published, copied or distributed for any purpose other than litigation purposes.

We expect written confirmation of your intention to comply with these demands no later than 5:00pm EST on June12, 2026. We are available by phone should you have any questions: (646) 795-6068.

This letter is written without prejudice to our client's rights and remedies, all of which are hereby expressly reserved.

Very truly yours,

HERBSMAN HAFER WEBER &
FRISCH, LLP

Dorothy M. Weber, Esq.

DMW/ah

June 9, 2026

**By e-mail**

info@cardsmiths.com
help@toynk.com
Legal@gamestop.com

Steve Loney, CEO
Toynk Toys, L.L.C.
205 Burnet Dr
Gilberts IL, 60136-9604 United States

Re: Infringement of Topps Rights

Dear Mr. Loney,

I write as Lead Counsel for Intellectual Property at Fanatics Collectibles, parent of The Topps Company, Inc. (collectively, "Topps"). As you will know, Topps is a leading global sports and entertainment trading card manufacturer, having spent decades developing consumer recognition and goodwill globally across its various brands. Today, Topps products and brands are instantly recognizable to consumers worldwide, serving as a cornerstone of the Topps brand that collectors in the hobby can rely on for consistent, high-quality cards.

As Cardsmiths has itself recognized, the Topps 1952 Mickey Mantle ("the Topps Card") is one of the most iconic and valuable sports cards in the world, instantly recognizable to trading card collectors. Copies of the Topps Card have sold for multiple millions of dollars at auction, making it one of the most famous collectibles in the world, and a centerpiece for the collection of any fan who owns one. The Topps Card is a source of tremendous consumer recognition and reputational goodwill for Topps, and is protected as both a copyrighted work and a protected trade dress design.



Fanatics

We have recently become aware that Cardsmiths included the Topps Card in its Currency Series 5 product release. Cardsmith's product depicts the front and back of the Topps Card exactly as Topps created and published it, which includes Topps' stylized, colorized depiction of Mantle; the Topps trade dress that the Topps Card helped make famous; Mantle's own name, image, and likeness; and a New York Yankees logo belonging to Major League Baseball.



Even more troubling, we have discovered that you are prominently using imagery of the Topps Card in promotion of your product, including by depicting it in video ads and by displaying Topps's artistic depiction of Mantle on the front cover of box art. This promotional and commercial use is intended and likely to attract customers via initial interest confusion; confuse customers into believing that the Topps Card is included in your product; and cause consumers to falsely associate your brand with Topps and its accumulated goodwill. Furthermore, your decision to include the image confirms that you realize the importance of this image to collectors and similarly believe it will help you to sell the Currency product.






Fanatics

This use of the Topps Card is especially problematic because it appropriates famous trading card art for use in a trading card product. The Currency product thus targets exactly the collectors of trading cards who will especially recognize and prize the Topps Card, maximizing the amount that Cardsmiths' product is appropriating Topps's goodwill. And by displaying art from a famous trading card, Cardsmiths has either knowingly or recklessly made it appear that an actual copy of the Topps Card can be obtained from the Currency product, rather than merely a depiction of it.

Accordingly, Topps demands that Cardsmiths, Toynk Toys, and all partners immediately recall and cease sales of the Currency Series 5 until all copies of the card displaying the Topps Card are removed from the product, the packaging is redesigned to no longer use the Topps Card imagery, and the Topps Card imagery is removed from all promotional art, videos, and social media posts. We further request that all copies and digital files of the infringing card be immediately and permanently destroyed.

We trust that you will act promptly to remedy Cardsmiths' infringing conduct and work to resolve this matter, but Topps reserves all rights regarding these and any other issues. Please contact me with any questions or other information regarding this matter, and in any event no later than June 12 to confirm that you will carry out the above requirements.

Sincerely,

By: David Harris
Title: Senior Counsel, Product & IP

CC by Email:
Shiri Ben-Yishai, General Counsel, Fanatics Collectibles
Jason Scheiderer, Senior VP & Director of Litigation, Fanatics Collectibles