UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARDSMITHS, LLC<br><br>Plaintiff,<br><br>- against -<br><br>MANTLE I.P. HOLDINGS, LTD, MAJOR LEAGUE ALUMNI MARKETING, INC., DANNY MANTLE, WILLIAM MANTLE, MM7 MANAGEMENT, LLC, DOROTHY M. WEBER, and HERBSMAN HAFER WEBER & FRISCH, LLP,<br><br>Defendants. | 26-CV-9427 (VSB) (RWL)<br><br>**ORDER** |
| MANTLE I.P. HOLDINGS, LTD and MAJOR LEAGUE ALUMNI MARKETING, INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>CARDSMITHS, LLC, TOYNK TOYS, LLC, STEVEN LONEY, JOHN AND JANE DOES A-Z and XYZ COMPANIES 1-10,<br><br>Defendants. | 26-CV-8344 (VSB) (RWL) |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the case management conference held via Microsoft Teams on November 18, 2026:

1. The parties agreed that the above two-captioned cases should be consolidated for all purposes. The Court agrees, finding that all relevant factors warrant consolidation inasmuch as the claims in the later-filed action, 26-CV-9427, essentially are compulsory counterclaims in the first-filed action, 26-CV-8344, and convenience, judicial

economy, fairness, and impartiality all favor consolidation. Accordingly, these cases are consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a).

2. Going forward, all filings shall bear the consolidated caption but shall be filed only in case number 26-CV-8344.

3. Counsel for the Plaintiffs in 26-CV-8344 represented that currently they represent all Defendants named in 26-CV-9427 and that they have accepted service of the complaint and summons from that case.

4. Counsel shall meet and confer about dates for responding to the complaint in 26-CV-9427 and by **November 25, 2026**, shall file a letter with the Court with the proposed schedule.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 18, 2026
New York, New York

Copies transmitted this date to all counsel of record.